[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 9, 2001
THOMAS K. KAHN
CLERK

_____

No. 99-15321

_____

D. C. Docket No. 98-00863-CV-J-16B

JOHN PHILLIP RISLEY, individually,
J. STEPHEN RISLEY, individually, et al.,

Plaintiffs-Appellants,

versus

NISSAN MOTOR CORPORATION IN USA,
a California corporation,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(August 9, 2001)**

ON PETITION FOR REHEARING

Before BLACK and MARCUS, Circuit Judges, and HANCOCK[*], District Judge.

BLACK, Circuit Judge:

_____

[*] Honorable James H. Hancock, U.S. District Judge for the Northern District of Alabama, sitting by designation.

We *sua sponte* grant rehearing.  Our prior opinion in this case construed Fla. Stat. § 320.643.  *See Risley v. Nissan Motor Corp. USA*, ___ F.3d ___ (11th Cir. 2001).  On June 8, 2001, the Governor of Florida signed Fla. Laws ch. 2001-196, which amends, *inter alia*, Fla. Stat. § 320.643.  These amendments pertain, in part, to the procedural steps for filing a complaint with the Department of Highway Safety and Motor Vehicles.  *See* Fla. Laws ch. 2001-196, § 23.  Regardless, the amendments do not alter our holding or reasoning in this case, because, as noted in our prior opinion, the events here are governed by the 1997 version of the Florida Statutes.  *See Risley*, ___ F.3d at ___ n.1; *see also Barry Cook Ford, Inc. v. Ford Motor Co.*, 616 So. 2d 512, 517 n.5 (Fla. 1st DCA 1993).  Therefore, our prior opinion is REINSTATED.